## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Vanessa Jimenez, Individually, and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | DOCKET NO. 22-cv-5376 (JMF) (GWG) |
| - vs. – | |
| VeganCuts Inc., | **NOTICE OF MOTION** |
| Defendant. | |

    PLEASE TAKE NOTICE that based upon the enclosed memorandum of law, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, defendant will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to bring the attached Motion to Dismiss the complaint on for hearing at such time and date as the Court may determine.

Dated: July 22, 2022

                                                       Respectfully submitted,

                                                       _____
                                                       David Stein (DS 2119)
                                                       STEIN & NIEPORENT LLP
                                                       1441 Broadway, Suite 6090
                                                       New York, New York 10018
                                                       (212) 308-3444

                                                       Attorneys for Defendant