UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
VANESSA JIMENEZ, *individually and on behalf of all* :
*others similarly situated*, :
:
Plaintiff,   :   22-CV-5376 (JMF)
:
-v-   :   ORDER
:
VEGANCUTS INC., :
:
Defendant.   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's July 25, 2022 Order, ECF No. 12, Defendant was required to file (1) an answer; (2) new motion to dismiss; or (3) letter on ECF stating that it relies on its previously filed motion to dismiss, within three weeks of Plaintiff filing an amended complaint. Plaintiff filed an amended complaint on August 12, 2022. To date, Defendant has not anything. As a courtesy, Defendant's deadline is hereby EXTENDED, *nunc pro tunc*, to **September 16, 2022**. Absent compliance with this Order, the Court will invite a default judgment motion.

      SO ORDERED.

Dated: September 12, 2022
       New York, New York
                                                JESSE M. FURMAN
                                               United States District Judge