UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
VANESSA JIMENEZ, *individually and on behalf of all* :
*others similarly situated*, :
: 22-CV-5376 (JMF)
Plaintiff, :
: ORDER
-v- :
:
VEGANCUTS INC., :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's December 12, 2022 Order, ECF No. 22, the parties were required to file their joint status letter, the contents of which are described therein, by **December 15, 2022**. To date, the parties have yet to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 16, 2022**.

      SO ORDERED.

Dated: December 16, 2022
       New York, New York

                                                      JESSE M. FURMAN
                                                      United States District Judge